ORIGINAL

FILED

08 JAN 16 AM 11: 17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  KAREN P. HEWITT
   United States Attorney
2  ANDREW G. SCHOPLER
   Assistant U.S. Attorney
3  California State Bar No. 236585
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
   Email: Andrew.Schopler@usdoj.gov
6
7  Attorneys for Plaintiff
   United States of America

*unsealed 1/17/08*

ORDERED SEALED BY COURT

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

                                        '08 MJ 0127

11  IN THE MATTER OF THE SEARCH OF:  )   Magistrate No. _____
                                     )
12  Premises Known As:               )   **MOTION AND ORDER TO FILE SEARCH
    4147 43rd Street, Apartment A     )   WARRANT, APPLICATION AND
13  San Diego, California 92105       )   AFFIDAVIT FOR SEARCH WARRANT
                                     )   UNDER SEAL AND ORDER THEREON**
14  _____)

15         The United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and

16  ANDREW G. SCHOPLER, Assistant U.S. Attorney, respectfully applies to this Honorable Court for

17  an Order sealing the search warrant and accompanying application and affidavit for search warrant in

18  the above-captioned matter until further notice, except for a copy which shall be left at the premises

19  where the property is located.

20         DATED: January 15, 2008.

21                                     Respectfully submitted,

22                                     KAREN P. HEWITT
                                       United States Attorney
23

24

25

26                                     ANDREW G. SCHOPLER
                                       Assistant U.S. Attorney
27

28

ORIGINAL

FILED

08 JAN 16 AM 11: 17

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:  )
                                 )
Premises Known As:               )
4147 43rd Street, Apartment A    )
San Diego, California 92105      )
_____)

Magistrate No. _**'08 MJ 0127**_

**ORDER SEALING SEARCH WARRANT,
APPLICATION AND AFFIDAVIT FOR
SEARCH WARRANT**

Upon application of the UNITED STATES, and good cause appearing,

IT IS ORDERED that the search warrant and accompanying application and affidavit for search warrant, and this order be sealed until further order of the Court.

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the place to be searched.

IT IS SO ORDERED.

DATED: _1-15-08_

HONORABLE NITA L. STORMES
United States Magistrate Judge

2