ORIGINAL

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FILED
08 JAN 23 PM 4:11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

**Premises Known As:**
4147 43rd Street, Apartment A
San Diego, California 92105

ORDERED SEALED BY COURT            DEPUTY

SEARCH WARRANT   UNSEALED AS OF
CASE NUMBER:                      1/17/08
'08 MJ 0127

TO: Federal Bureau of Investigation     and any Authorized Officer of the United States

Affidavit(s) having been made before me by ____Special Agent Robert A. Harris____ who has reason to
                                                    Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____Southern_____ District of _____California_____ there is now
concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ____1-25-08____
                                                              Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____Nita L. Stormes_____
as required by law.                                                   U.S. Judge or Magistrate

____1-15-08 @ 4:10pm____    at    San Diego, California
Date and Time Issued                City and State

Nita L. Stormes, Magistrate Judge              [signature]
Name and Title of Judicial Officer             Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

**Premises Known As:**
4147 43rd Street, Apartment A
San Diego, California 92105

**SEARCH WARRANT**

CASE NUMBER:

TO: <u>Federal Bureau of Investigation</u>     and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____<u>Special Agent Robert A. Harris</u>_____ who has reason to
                                                                    Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____<u>Southern</u> District of <u>California</u>_____ there is now
concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    *1-25-08*
                                                                                Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____<u>Nita L. Stormes</u>_____
as required by law.                                                                           U.S. Judge or Magistrate

*1-15-08 @ 4:10 pm*                              at   San Diego, California
Date and Time Issued                                    City and State

Nita L. Stormes, Magistrate Judge              *[signature]*
Name and Title of Judicial Officer                   Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01/15/2008 | 01/16/2008 6AM | KEIKO THOMAS |

INVENTORY MADE IN THE PRESENCE OF

KEIKO THOMAS

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FD-597.

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____   1-23-08
U.S. Judge or Magistrate                    Date

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

Page 1 of 1

On (date) 1-16-2008

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

Time: 10:30

(Name) Michael Tryals
(Street Address) 4147A 43rd St
(City) SD CA

Description of Item(s):

Item #1 - $1,230.00 cash
2 - $80.00 cash
3 - Knife
4 - Paraphernalia (drug)
5 - Razor o-cenists
6 - Scale
7 - metal vessel
8 - Brass Knuckles
9 - marijuana "Blunt"
10 - digital scale
11 - laptop computer
12 - scale
13 - pipe (glass)
14 - 9 cell phones + 1 Ipod 10 total
15 - laptop computer
16 - CPU
17 - Shredder waste
18 - paperwork/docs master Bedroom
19 - credit cards (linen closet)
20 - documents (living room)

Received by: [Signature]       Received from: [Signature]

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 1-16-08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Michael Vogel s
(Street Address) 4147A 43rd St
(City) Toyota Truck
        #TARN81A872253098

Description of Item(s):
#4 - $50.500 cash
#3 - Ownership docs
#2 - Squadward Tin w/ docs
#1 - Arizona Tin w/ docs

Received By: _[Signature]_        Received From: _____
            (Signature)                            (Signature)

## ATTACHMENT A

### THE PREMISES TO BE SEARCHED

(RESIDENCE OF Keiko Thomas and Michael Dwayne TRYALS, aka "Texas Mike", aka Michael Tryls, aka Dave Brooks, aka Leon Howard Blair, aka Earl David Hollis)

The residence at **4147 43rd Street, Apartment A, San Diego, California 92105** is further described as:

The residence is located on the bottom floor of a two-story apartment building located in the alley between 43rd Street to the West, Fairmount Avenue to the East, Orange Ave to the North, and Polk Avenue to the South. Apartment A is located on the ground floor, and Apartment B is on the second level. The building has a gray stucco exterior with blue trim. The door to 4147-A is located on the west side of the building. Access to the front door is through the driveway located to the south of the residence which is connected directly to the alley. The front door of 4147-A has a black metal security screen door affixed to the front door frame. Black numbers "4147A" are located on the wall to the right of the entrance beneath an entranceway light. 4147-B, which is located upstairs of 4147-A, has its front door located on the north side of the building and is accessed via a staircase also located on the north side of the building.

## ATTACHMENT B

## ITEMS TO BE SEIZED

(RESIDENCE OF Keiko Thomas and Michael Dwayne TRYALS, aka "Texas Mike", aka Michael Tryls, aka Dave Brooks, aka Leon Howard Blair, aka Earl David Hollis)

1. Controlled substances, including but not limited to cocaine base, and paraphernalia for packaging, weighing, cutting, testing, distributing, growing, and identifying controlled substance(s), including baggies, plastic wrapping, scales and other weighing devices.

2. Documents and computer or electronic devices (and their contents) containing data reflecting or memorializing the ordering, possession, purchase, storage, distribution, transportation and sale of controlled substance(s), including buyer lists, seller lists, pay-owe sheets, records of sales, log books, drug ledgers, personal telephone/address books containing the names of purchasers and suppliers of controlled substances, electronic organizers, computer databases, spreadsheets, rolodexes, telephone bills, telephone answering pads, bank and financial records, and storage records, such as storage locker receipts and safety deposit box rental records and keys.

3. Money and assets derived from or to be used in the purchase of controlled substance(s) and records thereof, including U.S. currency, artwork, precious metals and stones, jewelry, negotiable instruments and financial instruments including stocks and bonds, and deeds to real property, books, receipts, records, bank statements and records, business records, money drafts, money order and cashiers check receipts, passbooks, bank checks, safes and records of safety deposit boxes and storage lockers.

4. Weapons, firearms, firearms accessories, and ammunition and documents relating to the purchase and/or possession of such items.

5. Equipment used to detect police activities and surveillance, including radio scanners and tape and wire transmitter detectors.

6. Photographs and electronic images, such as video recordings and tape recordings (and their contents) which document the association with other co-conspirators and/or which depict narcotics, firearms, cash, real property, vehicles or jewelry.

7. Documents and articles of personal property reflecting the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, rental agreements and records, property acquisition records, utility and telephone bills and receipts, photographs, answering machine tape recordings, telephone beeper or paging devices, rolodexes, telephone answering pads, storage records, vehicle and/or vessel records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, canceled checks, and other records of income and expenditure, credit card and bank records, travel documents, personal identification documents, and documents relating to obtaining false identification, including birth certificates, drivers license, immigration cards and other forms of identification in which the same person would use other names and identities other than his or her own.

8. Telephone paging devices, beepers (and their contents), cellular/mobile phones (and their contents), and other communication devices which evidence participation in a conspiracy to possess, manufacture, or distribute controlled substances.

9. Incoming telephone calls while at the premises for execution of this search warrant, including answering the telephone and conversing with callers who appear to be calling in regard to drug sales without revealing the officer's identity. Telephone answering machines or devices, including listening to any recordings on the premises.